317 So.2d 531

In re Owen L. COOPER

v.

STATE.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 1418.

Supreme Court of Alabama.

Aug. 21, 1975.

William J. Baxley, Atty. Gen., and William Anthony Davis, III, Asst. Atty. Gen., for petitioner.

ALMON, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Cooper v. State,* 55 Ala.App. 562, 317 So.2d 529.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

■

313 So.2d 223

In re John COPELAND

v.

STATE.

Ex parte John Copeland.

SC 1263.

Supreme Court of Alabama.

May 22, 1975.

Walter L. Allen, Jr., Montgomery, for petitioner.

No appearance for the State, respondent.

EMBRY, Justice.

Petition of John Copeland for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Copeland v. State, 55 Ala. App. 99, 313 So.2d 219.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.